# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>KING, CAROLYN D | 2. Court or Organization<br><br>U.S. COURT OF APPEALS 5TH CIR. | 3. Date of Report<br><br>04/26/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE, ROOM 11020<br>515 RUSK AVENUE<br>HOUSTON, TX 77002-2694 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| I. MEMBER OF BOARD OF DIRECTORS | SOUTH TEXAS COLLEGE OF LAW |
| 2. RESEARCH FELLOW | THE CENTER FOR AMERICAN AND INTERNATIONAL LAW (FORMERLY SOUTHWESTERN LEGAL FOUNDATION) |
| 3. MEMBER OF COUNCIL | AMERICAN LAW INSTITUTE |
| 4. MEMBER OF ADVISORY BOARD | THE CENTER FOR THOMISTIC STUDIES, UNIVERSITY OF SAINT THOMAS |
| 5. MEMBER OF ADVISORY BOARD OF THE JUDICIAL OUTREACH PROGRAM | AMERICAN SOCIETY OF INTERNATIONAL LAW |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2005 | See attached report of ▆▆▆▆▆ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. AMERICAN BAR ASSOCIATION | TRIP TO CHICAGO, IL TO RECEIVE THE ABA's MARGARET BRENT AWARD - AUGUST 6-7, 2005; REIMBURSEMENT OF AIRFARE, LODGING AND MEALS |
| 2. LOUISIANA STATE UNIVERSITY | RUBIN LECTURE; REIMBURSEMENT OF LODGING; OCTOBER 24-25, 2005; BATON ROUGE, LA |
| 3. AMERICAN LAW INSTITUTE | COUNCIL MEETING; REIMBURSEMENT OF AIRFARE, LODGING AND MEALS; DECEMBER 8-9, 2005; PHILADELPHIA, PA |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 04/26/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. 2005 | See attached report of ▮▮▮▮▮ | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Compass Bank Houston, TX (Money Market) | A | Interest | K | T | | | | | |
| 2. 7.25% Greenville, TX Bonds Due 4/1/2005 | A | Interest | | | Redemption | 4/1 | K | | Issuer |
| 3. 7.25% Florida State Board of Education Bonds Due 6/1/2010 | B | Interest | K | T | | | | | |
| 4. Citigroup Common Stock (formerly Citicorp) | D | Dividend | N | T | | | | | |
| 5. Pfizer Common Stock | B | Dividend | K | T | | | | | |
| 6. Daily Tax Free Income Fund | B | Interest | M | T | | | | | |
| 7. J.P. Morgan Chase Common Stock (formerly J.P. Morgan & Co.) | B | Dividend | K | T | | | | | |
| 8. Coca-Cola Common Stock | A | Dividend | | | Sell | 4/25 | K | D | |
| 9. General Electric Co. Common Stock | C | Dividend | M | T | | | | | |
| 10. 5% Atlanta, GA Bonds Due 12/1/2009 | B | Interest | L | T | | | | | |
| 11. 5% Florida St. Board of Education Bonds Due 6/1/2011 | B | Interest | | | Redemption | 6/1 | L | A | Issuer |
| 12. 4.85% University of North Carolina-Chapel Hill Rev. RFDG | B | Interest | L | T | | | | | |
| 13. Bonds Due 11/1/2010 | | | | | | | | | |
| 14. 5% Wisconsin St. Bonds Due 5/1/2014 | B | Interest | L | T | | | | | |
| 15. Intel Corp Common Stock | A | Dividend | K | T | | | | | |
| 16. IBM Common Stock | A | Dividend | K | T | | | | | |
| 17. 4.3% Jupiter Isl. Florida Util. Syst. Due 10/1/2007 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exxon Mobil Corp. Common Stock | A | Dividend | K | T | | | | | |
| 19. Compass Bank Checking Account in the Name of Carolyn D. King | | None | J | T | | | | | |
| 20. ▮▮▮▮▮▮▮ | | | | | | | | | |
| 21. T. Rowe Price Small Cap Value Fund | D | Distribution | M | T | | | | | |
| 22. | | Dividend | | | | | | | |
| 23. T. Rowe Price New Era Fund | D | Distribution | L | T | | | | | |
| 24. | | Dividend | | | | | | | |
| 25. Morgan Stanley & Co. (cash balance in brokerage account) | | None | J | T | | | | | |
| 26. Mesquite, TX ISD 5% Due 8/15/2012 | C | Interest | M | T | | | | | |
| 27. Mansfield, TX Bonds 4.4% Due 2/15/2007 | A | Interest | | | Redemption | 2/15 | K | | Issuer |
| 28. Azle, TX ISD Series C 4.875% Due 2/15/2011 | C | Interest | M | T | | | | | |
| 29. Northwestern Mutual Whole Life Policies - See Part VIII | E | Dividend | N | V | | | | | |
| 30. Abbott Labs Common Stock | B | Dividend | K | T | | | | | |
| 31. Cisco Systems Common Stock | | None | K | T | | | | | |
| 32. Illinois Tool Works Inc Common Stock | C | Dividend | M | T | | | | | |
| 33. 4.00% Texas State Pub Fin Gen Oblig Bonds Due 10/1/2006 | B | Interest | L | T | | | | | |
| 34. 5.25% Indiana St. Office Bldg. Comm. Bonds Due 7/1/10 | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BP Amoco PLC | D | Dividend | M | T | | | | | |
| 36. Microsoft | A | Dividend | L | T | | | | | |
| 37. MedcoHealth Solutions, Inc. | | None | K | T | | | | | |
| 38. 3.25% Danbury, Connecticut Bonds Due 8/1/2010 | C | Interest | L | T | | | | | |
| 39. 5% California Economic Recovery Bonds Due 7/1/2015 | D | Interest | M | T | | | | | |
| 40. Wells Fargo Co. | B | Dividend | L | T | | | | | |
| 41. Hospira | | None | | | Sell | 4/25 | J | A | |
| 42. Procter & Gamble Common Stock | A | Dividend | L | T | Buy | 4/25 | L | | |
| 43. 3M Common Stock | B | Dividend | | | Buy | 4/19 | L | | |
| 44. | | | | | Sell | 12/15 | L | | |
| 45. Tarrant Co Tex Health FACS 2003 VAR Bonds Due 2/15/2033 | A | Interest | | | Buy | 8/8 | L | | |
| 46. | | | | | Sell | 11/4 | L | | |
| 47. 3.8% NY State Thruway Aut. Gen. Rev. Bonds Due 1/1/2015 | A | Interest | L | T | Buy | 3/16 | L | | |
| 48. 5% Denver Colo City & Cnty Rev. Bonds Due 9/1/2015 | | None | M | T | Buy | 11/4 | M | | |
| 49. US Treasury Bill Due 8/4/2005 | B | Interest | | | Buy | 2/1 | L | | |
| 50. | | | | | Redemption | 8/4 | L | | Issuer |
| 51. 3.125%US Treasury Note Due 1/31/2007 | B | Interest | M | T | Buy | 2/1 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 04/26/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In response to Part VII C, I have reported the aggregate cash surrender value for the policies. In response to Part VII B, I have shown the aggregate amount of the dividends on the policies, which are used to pay the premiums and increase the cash surrender value.

On August 27, 2004, I married ▉▉▉▉▉▉▉▉▉▉▉▉ I have attached a copy of his Financial Disclosure Report for 2005 for the information about ▉▉
▉▉ required by the Instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 04/26/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _April 26, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544